IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN JAEGER,

        Plaintiff,

v.

                                           Case No. 20-cv-541-bbc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

        Defendant.

---

JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Ryan Jaeger remanding this case to defendant Kilolo Kijakazi, Acting Commissioner of Social Security, for further proceedings.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 10/26/2021 |
| Peter Oppeneer, Clerk of Court | Date |